IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

PATRICIA WILSON and
MA'KHYRA JOHNSON                                           PLAINTIFFS

v.                         CIVIL ACTION NO. 5:25-cv-67-DCB-ASH

U.S. BANK TRUST NATIONAL
ASSOCIATION, AS TRUSTEE FOR
CVF III MORTGAGE LOAN TRUST II,
FAY SERVICING, LLC, ASSURANT,
STANDARD GUARANTY INSURANCE COMPANY,
and SHERIFF OF CLAIBORNE COUNTY,
MISSISSIPPI                                                DEFENDANTS

## ORDER STAYING PROCEEDINGS

THIS MATTER comes before the Court on Standard Guaranty Insurance Company and Assurant's Motion to Stay Proceedings [ECF No. 9]. These parties, both defendants to this action, ask that the Court stay these proceedings for two weeks, up to and including August 27, 2025. [ECF No. 9] at 3. Noting that no other party objects to the entry of an order granting the requested relief, the Court finds said motion is well-taken and should be GRANTED.

IT IS, THEREFORE,

ORDERED that the motion to stay proceedings filed by Standard Guaranty Insurance Company and Assurant is hereby granted, and these proceedings are stayed up to and including August 27, 2025.

2

SO ORDERED, this the 14th day of August, 2025.

    /s/ David Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE